IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RONALD SMILEY<br>　　　Plaintiff, | : | |
| v. | : | CIVIL ACTION<br>NO. 13-7411 |
| ARTISAN BUILDERS; THE WHEEL-<br>CHAIR MAN COMPANY, INC.; and<br>UNITED STATES OF AMERICA c/o<br>Attorney General of the United States<br>　　　Defendants. | :<br><br>: | |

## **ORDER**

AND NOW, this 26th day of June, 2015, upon consideration of Defendant United States' Motion to Dismiss (Doc. No. 17) and Plaintiff's Response thereto (Doc. No. 18), it is hereby ORDERED that said Motion is GRANTED and Plaintiff's claim against the government is DISMISSED with prejudice.

It is further ORDERED that on or before July 22, 2015, Plaintiff shall SHOW CAUSE as to why his claims against the remaining defendants should not be dismissed for want of prosecution.

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　/s/ C. Darnell Jones, II
　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　C. Darnell Jones, II　　J.